

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 05/20/2021

dentons.com

May 19, 2021

<u>VIA ECF</u>

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Angeles v. Brooklyn Bedding, LLC: Case No. 1:20-cv-10808-ALC

Dear Judge Carter:

We represent defendant Brooklyn Bedding, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Jenisa Angeles, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 19, 2021 to July 2, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

**Defendant's request is hereby GRANTED. The parties are advised that no further extensions or stays will be granted absent good cause shown. The parties are hereby ORDERED to submit a joint status report by no later than July 2, 2021.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: May 20, 2021